**Order entered September 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00859-CR

### STEVEN GLENN ROBINSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-56945-w

## ORDER

On May 28, 2013, we ordered the Dallas County District Clerk to prepare and file a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. On June 7, 2013, the Dallas County District Clerk filed a supplemental clerk's record. However, the detailed itemization of costs included in the supplemental record does not comply with the Texas Code of Criminal Procedure. *See* Tex. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

Accordingly, we **ORDER** the Dallas County District Clerk to file, within seven days of this order, a second supplemental clerk's record that contains a detailed itemization of the costs

assessed in this case that complies with articles 1003.001 and 1003.006 of the Texas Code of Criminal Procedure. *See id.* art. 103.001 ("A cost is not payable by the person charged with the cost until a written bill is produced or is ready to be produced, containing the items of cost, *signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.*") (emphasis added); 103.006 ("If a criminal action or proceeding . . . is appealed, an officer of the court *shall certify and sign* a bill of costs stating the costs that have accrued and send the bill of cost to the court to which the action or proceeding is . . . appealed) (emphasis added).

/s/    JIM MOSELEY
PRESIDING JUSTICE